IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>JOHN RAY WEST, II,<br>    Defendant.<br>and<br>EASTERN BAND OF CHEROKEE INDIANS,<br>    Garnishee. | CASE NO. DNCW2:10CR000030-3<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant John Ray West, II is DISMISSED.

Signed: June 25, 2012

Dennis L. Howell
United States Magistrate Judge