IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. |
| | ) | DNCW210CR000030-002 |
| | ) | (Financial Litigation Unit) |
| STEPHEN RUSSELL DEAN MCCOY, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Stephen Russell Dean McCoy is DISMISSED.

Signed: June 25, 2012

_____
Dennis L. Howell
United States Magistrate Judge